No. 02–8960. URBAEZ, AKA ALCANTARA SANTANA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10025. QUINTERO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10032. SMITH v. KIRBY ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–10034. STANTON v. BENNETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10037. BELTON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10052. WILLIAMS v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–10053. HARVEY v. LOMASON ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–10057. SMITH v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 02–10060. CORNTASSEL v. RAY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–10062. THOMAS v. LOVELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–10063. GARBUSH v. WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 02–10069. BURKE v. DARK ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10073. CHENG v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–10077. VETA v. ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.